UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

THOMAS S. LARSON
SUPERVISING PROBATION OFFICER

July 17, 2009

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

Honorable Jose L. Linares
United States District Court
Martin Luther King, Jr. Federal Building
and United States Courthouse
50 Walnut Street
Newark, NJ 07102

Re: REARDON, Gina
Dkt. No.#: 2:08-cr-238
Term of Probation Expiring
Outstanding Restitution

Dear Judge Linares:

On August 3, 2004, the above listed offender was sentenced in the Northern District of Georgia before the Honorable Thomas W. Thrash, United States District Judge. The offender was sentenced to five years probation for the conviction of Medicaid Fraud and Wire Fraud. The Court imposed the following special conditions: twelve months home confinement, no new credit, search/seizure, 200 hours of community service, $200 special assessment, and restitution of $1,399,032.51 to be paid in monthly installments of $200.00. Due to the offender's residence in Hackettstown, New Jersey, supervision and jurisdiction of this case was transferred to the District of New Jersey.

The purpose of this letter is to inform Your Honor that the offender's term of probation is due to expire on August 1, 2009. However, the offender maintains a restitution balance of $1,383,282.73, which will not be paid before the expiration of her supervision term. The offender has made payments towards her financial obligations and has been in compliance with her supervision conditions.

Unless Your Honor orders otherwise, this officer recommends the offender's supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18 U.S.C. § 3664(o). By copy of this letter, the Financial Litigation Unit of the United States Attorneys Office for the District of New Jersey is notified of the expiration of Ms. Reardon's term of supervision. We will make ourselves available should the Court wish to discuss this matter. Should Your Honor request an alternative course of action, please advise.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Dana Hafner
U.S. Probation Officer